# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  DESIGNATION OF CHAIR | : | No. 454 |
| | : | |
| AND VICE-CHAIR OF CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| | : | DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 5th day of September, 2014, The Honorable Paul M. Yatron is hereby designated as Chair and Dante G. Bertani, Esquire, as Vice-Chair of the Criminal Procedural Rules Committee commencing October 1, 2014.